01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   FRANKLIN CHUKWUMA NWAGBO,            )
                                          )   CASE NO. C12-0003-RSM-MAT
09                   Petitioner,          )
                                          )
10        v.                              )   ORDER TO SHOW CAUSE
                                          )
11   ICE FIELD OFFICE DIRECTOR,           )
                                          )
12                   Respondent.          )
     _____ )
13

14        On January 17, 2012, petitioner filed a petition for writ of habeas corpus pursuant to 28

15   U.S.C. § 2241, which challenges his immigration detention pending judicial review of his order

16   of removal in the Ninth Circuit Court of Appeals, *Nwagbo v. Holder*, No. 11-73861 (9th Cir.

17   filed Dec. 16, 2011).  (Dkt. No. 7.)  Petitioner seeks an order commanding his immediate

18   release from immigration detention or an order requiring the United States Immigration and

19   Customs Enforcement ("ICE") to conduct a bond hearing.  *Id*. at 2.  Petitioner's habeas

20   petition is currently ripe for consideration.  However, the Ninth Circuit docket shows that

21   petitioner submitted a notice of change of address on March 26, 2012, indicating that his current

22   new address is in Portland, Oregon.  *See Nwagbo*, No. 11-73861, Dkt. 26.  Petitioner's claim

01    for habeas relief, therefore, has arguably been mooted by his release from the Northwest

02    Detention Center. *See Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) (finding that

03    because petitioner only requested release from custody and had been released, the court could

04    provide no further relief and the petition was properly dismissed).   Accordingly, it is hereby

05    ORDERED:

06        (1)   Within 21 days after the filing date of this order, petitioner shall move for

07    voluntary dismissal of this habeas corpus action or show cause why it should not be dismissed

08    as moot.   Petitioner's failure to comply with this Order will result in the dismissal of his

09    petition for writ of habeas corpus.

10        (2)   The Clerk shall remove any pending motions from the Court's calendar until

11    further notice.

12        (3)   The Clerk shall send a copy of this Order to petitioner, to counsel for respondent,

13    and to the Honorable Ricardo S. Martinez.

14        DATED this 17th day of April, 2012.

15

16                                Mary Alice Theiler

17                                United States Magistrate Judge

18

19

20

21

22

ORDER TO SHOW CAUSE
PAGE -2