UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKLIN CHUKWUMA NWAGBO, | |
| Petitioner, | CASE NO. C12-0003-RSM-MAT |
| v. | ORDER TO SHOW CAUSE |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

On January 17, 2012, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, which challenges his immigration detention pending judicial review of his order of removal in the Ninth Circuit Court of Appeals, *Nwagbo v. Holder*, No. 11-73861 (9th Cir. filed Dec. 16, 2011). (Dkt. No. 7.) Petitioner seeks an order commanding his immediate release from immigration detention or an order requiring the United States Immigration and Customs Enforcement ("ICE") to conduct a bond hearing. *Id*. at 2. Petitioner's habeas petition is currently ripe for consideration. However, the Ninth Circuit docket shows that petitioner submitted a notice of change of address on March 26, 2012, indicating that his current new address is in Portland, Oregon. *See Nwagbo*, No. 11-73861, Dkt. 26. Petitioner's claim

for habeas relief, therefore, has arguably been mooted by his release from the Northwest Detention Center. *See Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) (finding that because petitioner only requested release from custody and had been released, the court could provide no further relief and the petition was properly dismissed). Accordingly, it is hereby ORDERED:

(1) Within 21 days after the filing date of this order, petitioner shall move for voluntary dismissal of this habeas corpus action or show cause why it should not be dismissed as moot. Petitioner's failure to comply with this Order will result in the dismissal of his petition for writ of habeas corpus.

(2) The Clerk shall remove any pending motions from the Court's calendar until further notice.

(3) The Clerk shall send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 17th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge