UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANKLIN CHUKWUMA NWAGBO,  )
                                                    )     CASE NO. C12-0003-RSM-MAT
             Petitioner,                 )
                                                    )
      v.                             )     REPORT AND RECOMMENDATION
                                                    )
ICE FIELD OFFICE DIRECTOR,     )
                                                    )
            Respondent.                )
_____ )

On January 17, 2012, petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking an order commanding his immediate release from immigration detention or an order requiring the United States Immigration and Customs Enforcement ("ICE") to conduct a bond hearing. (Dkt. No. 7.) Respondent filed a Return and Motion to Dismiss on February 23, 2012, arguing that petitioner was properly detained pursuant to 8 U.S.C. § 1226. (Dkt. No. 11.) However, petitioner was subsequently released from immigration detention. Accordingly, the Court issued an order directing petitioner to voluntarily dismiss his habeas corpus action or show cause why it should not be dismissed as moot. (Dkt. No. 14.) On May 9, 2012, petitioner filed the instant motion to dismiss,

requesting that the Court dismiss his habeas corpus petition as moot. (Dkt. No. 17.)

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because the requested relief is no longer available, the Court recommends that petitioner's motion to dismiss be granted, and this matter be dismissed as moot. *See Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) (finding that because petitioner only requested release from custody and had been released, the court could provide no further relief and the petition was properly dismissed). A proposed Order accompanies this Report and Recommendation.

DATED this <u>11th</u> day of May, 2012.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge