UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKLIN CHUKWUMA NWAGBO, | ) |
| | ) CASE NO. C12-0003-RSM |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ICE FIELD OFFICE DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, petitioner's Motion to Dismiss, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, finds and ORDERS as follows:

(1) Petitioner's Motion to Dismiss (Dkt. No. 14) is GRANTED, and this matter is DISMISSED as moot.

(2) The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

DATED this 26 day of September 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1